IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV333-GCM

| | | |
|---|---|---|
| ALLEN WAYNE CRAWFORD, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
|     Respondent. | ) | |

This matter is before the Court upon Petitioner's Motion for Release of Medical Records. (Doc. No. 8). Petitioner's request for a copy of his own medical records because he has cancer and wants to review these records to determine his past P.S.A. medical test numbers, is not available via federal habeas corpus. Petitioner's claim may be brought, if at all, in a separately filed section 1983 civil action. *See Cheatham v. Muse*, 539 Fed. Appx. 182, 183 (4th Cir. 2013), related proceeding, 2014 U.S. App. Lexis 2897 (4th Cir. 2014). Accordingly,

IT IS THEREFORE ORDERED that Petitioner's motion is hereby DENIED.

Signed: March 9, 2015

Graham C. Mullen
United States District Judge

-